**James C. HARRELL, Respondent,**

v.

**Johnny ROHRBOUGH, Respondent,**

and

**Employers Insurance of Wausau, Relator,**

and

**Consulting Radiologists, Ltd.,**

and

**Special Compensation Fund, Intervenors.**

No. C0-02-461.

Supreme Court of Minnesota.

June 19, 2002.

Michael G. Schultz, Sommerer & Schultz, P.A., Minneapolis, for employee-respondent.

Howard Y. Held, Fitch, Johnson, Larson, Walsh & Held, P.A., Minneapolis, for employer-respondent.

Gay B. Urness, Conley & Borgeson, St. Paul, for insurer-relator.

Karen Swanton, St. Paul, for respondent–special compensation fund.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 21, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ. App. P. 136.01, subd. 1(b).

BY THE COURT:

/s/ Edward C. Stringer

Associate Justice